FILED

2021 SEP -9 AM 9:44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | CR21-2627-CAB |
| MATTHEW TAYLOR COLEMAN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 59551-509  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ04184**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08-11-2021    0900    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1119 AND 1111-FOREIGN FIRST-DEGREE MURDER OF UNITED STATES NATIONALS

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 1981

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ____

11. Name: KITH R.    (please print)

12. Office Phone Number: 213-620-7676      13. Agency: USMS

14. Signature: ____                          15. Date: 09-09-2021

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION