## LIST OF EXHIBITS AND WITNESSES

| Case Number | MJ 21-4184 | Title | USA v. Matthew Taylor Coleman |
|---|---|---|---|
| Judge | Michael R. Wilner | | |
| Dates of Trial or Hearing | 9/21/2021 | | |
| Court Reporters or Tape No. | CS 9/21/2021 | | |
| Deputy Clerks | Veronica Piper | | |

FILED
CLERK, U.S. DISTRICT COURT
September 21, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Billy Joe McLain, AUSA | Elena Sadowsky, DFPD |
| | Christy O'Connor, DFPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 1 | 9/21/21 | 9/21/21 | | | | Consent to Search Form | PL |
| 2 | 9/21/21 | 9/21/21 | | | | Matthew Coleman CA Driver License | PL |
| 3 | 9/21/21 | 9/21/21 | | | | SDCA Arrest Warrant and Indictment (Dkt. 3) | PL |
| 4 | 9/21/21 | 9/21/21 | | | | Photograph of Matthew Coleman | PL |
| | | | | | | Nathaniel Dingle | PL |